(No. 6444-)

GERALD HELLER, ROSCOE WISE, JOHN BALBACH, LOGAN PARKINSON, HALDOR SCHAP, ELDON HESSELBACHER AND EARL PHILLIPS, Claimants, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed April 18, 1972.*

PETER A. HINDRICHS, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

409

PERLIN, C.J.